UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| DENNIS FLAHERTY, | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | C.A. NO.: 1:14-cv-06837 (CM) |
| | § | |
| IRISHCENTRAL LLC, | § | |
| and DOES 1-5. | § | **NOTICE OF VOLUNTARY** |
| | § | **DISMISSAL PURSUANT TO** |
| | § | **FRCP 41(a)(1)(A)(i)** |
| *Defendants* | § | |
| | § | |

_____

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

     Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Dennis Flaherty and/or its counsel(s), and the Defendant(s), having neither appeared nor filed its respective answer, hereby give notice that the above-captioned action is voluntarily dismissed, *with prejudice*.

Dated: September 25, 2014

                                                    Respectfully Submitted,

                                       _____s/ John M. DeBoer_____

                                       John M. DeBoer
                                       **DeBoer IP PC**
                                       2211 Rayford Rd., 111-116
                                       Spring, TX  77386
                                       Ph: 832-510-4332
                                       Email: john@deboerip.com
                                       *Attorney for Plaintiff*


                                       _____s/ Jason H. Rosenblum_____

                                       Jason H. Rosenblum (JR-1669)
                                       **Law Office of Jason H. Rosenblum, PLLC**

Attorney Docket: 127-001

155 Water Street, Suite 618
Brooklyn, NY 11201
Ph: (718) 246-8482
*Attorney for Plaintiff*